G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
BENNIE-LYNNE FLORES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| BENNIE-LYNNE FLORES,<br><br>    Plaintiff,<br><br>    vs.<br><br>ADMIN RECOVERY, LLC; DOES 1 through 10, inclusive,<br><br>    Defendants. | **Case No.:**<br>8:14-cv-00493-JLS-JPR<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff, BENNIE-LYNNE FLORES, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendants, ADMIN RECOVERY, LLC; DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

///

1

2  Respectfully submitted this 3rd day of June, 2014,

3

4

5                               **PRICE LAW GROUP APC**

6                          By: /s/ G. Thomas Martin, III  _
                                G. Thomas Martin, III
7                               Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25